UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jacob Nathaniel LEN,<br><br>Defendant.<br>_____/ | Case: 2:25-cr-20609<br>Assigned To : DeClercq, Susan K.<br>Referral Judge: Grand, David R.<br>Assign. Date : 8/13/2025<br>Description: INDI USA V. LEN (NA)<br><br>Violation:<br>18 U.S.C. §§ 111(a)(1), (b) |

## **INDICTMENT**

THE GRAND JURY CHARGES

### **COUNT ONE**
### 18 U.S.C. § 111(a)(1) and (b) – Assaulting, Resisting or Impeding Certain Officers and Employees

On or about July 7, 2025, within the Eastern District of Michigan, Southern Division, Jacob Nathaniel LEN, did forcibly resist, oppose, impede, intimidate, and interfere with any persons designated in Title 18, United States Code, Section 1114, that is, United States Border Patrol Agents, while those persons were engaged in or on account of the performance of official duties, using a deadly or dangerous weapon, that is, his vehicle, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/ Douglas C. Salzenstein*
Douglas C. Salzenstein
AUSA, Chief, Homeland Security Unit

*s/ Kathryn E. Boyles*
Kathryn E. Boyles
Special Assistant United States Attorney

Dated: August 13, 2025

| | | |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 2:25-cr-20609<br>Assigned To : DeClercq, Susan K.<br>Referral Judge: Grand, David R.<br>Assign. Date : 8/13/2025<br>Description: INDI USA V. LEN (NA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: KEB |

Case Title: USA v. Jacob Nathaniel LEN

County where offense occurred : Oakland

Check One:     ☒ Felony          ☐ Misdemeanor          ☐ Petty

    ____Indictment/____Information --- **no** prior complaint.
    ✓ Indictment/____Information --- based upon prior complaint [Case number: 25-mj-30487   ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____          Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

08/13/2025
Date

Kathryn Boyles
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9556
Fax:
E-Mail address: kathryn.boyles@usdoj.gov
Attorney Bar #: P79871

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.