UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                  Case No. 2:25-cr-20609

v

JACOB NATHANIEL LEN,          Hon. Susan K. DeClercq
                                          United States District Judge

        Defendant.

_____

## **ORDER OF ADJOURNMENT AND FINDING OF EXCLUDABLE DELAY**

      This matter having come before this Court upon the stipulation of the parties, ECF No. 16, this Court finds that the period of adjournment shall be excluded in calculating the time within which the defendant has a right to a speedy and public trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h). The Court further finds that such a delay is necessary to permit the parties to review discovery, conduct investigation, and engage in plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(7).

      **IT IS ORDERED** that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, and in consideration of the factors listed in section 3161(h)(7), the ends of justice are best served by granting an adjournment in this case, and these ends outweigh the interest of the public and the defendant in a speedy and public trial and that any delay

occasioned by this adjournment shall be deemed excludable under the Speedy Trial Act.

The new dates are as follows:

| | |
|---|---|
| Pre-trial motion cutoff: | October 6, 2025 |
| Plea-trial hearing cutoff: | October 27, 2025 at 2:00 p.m. |
| Motions *in limine* due: | November 3, 2025 |
| Pre-trial submissions due: | November 13, 2025 at 2:00 p.m. |
| Final Pretrial Conference: | November 13, 2025 at 2:00 p.m. |
| Trial: | November 20, 2025 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: August 28, 2025         /s/Susan K. DeClercq
                               SUSAN K. DeCLERCQ
                               United States District Judge